IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JONETTA L. GRIEME, | ) |
| Plaintiff, | ) |
| v. | ) No. 5:23-cv-06164-DGK |
| ANDREW COUNTY COURTHOUSE and COURT CLERK, ANDREW COUNTY SHERIFF GRANT GILLETT, ANDREW COUNTY JAIL, and KYLE FISHER (MISSOURI PUBLIC DEFENDER, | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR A MORE DEFINITE STATEMENT**

This pro se lawsuit arises from Plaintiff Jonetta Grieme's imprisonment in a county jail. As best the Court can tell, Plaintiff alleges she was mistreated while in custody and extra time was added to her sentence without notice or an opportunity to be heard.

Now before the Court is Defendant Sheriff Grant Gillett's motion for a more definite statement. ECF No. 18. Gillett contends that the allegations against him in the Amended Complaint, ECF No. 10, are so unclear, vague, and ambiguous he cannot determine which are directed at him and which are directed at co-defendants, and so he cannot reasonably prepare a response.

Plaintiff's three-sentence response states she "objects to the request of dismissal of claims against Grant Gillett," and that she "has provided sufficient evidence against Grant Gillett for failure to intervene and enough evidence that proves he lied to Mrs. Grieme about her police hold. There is enough evidence to allow the plaintiff, Mrs. Grieme a jury trial in the above matter." Resp. at 1, ECF No. 26.

This response does not address the arguments raised in the motion, and so the Court treats these arguments as conceded. *See Turner v. ILG Techs., LLC*, No. 2:21-CV-04192-NKL, 2023 WL 3553133, at *2 (W.D. Mo. May 18, 2023) ("Ours is an adversarial system of litigation; if a party does not refute the opposing party's argument, then it is deemed a concession.").

Even if Plaintiff had not conceded these arguments, however, the Court would still grant the motion. After carefully reviewing the Amended Complaint, the Court agrees the allegations concerning Sheriff Gillett are so vague and ambiguous that he cannot reasonably be expected to prepare a response. *See* Fed. R. Civ. P. 12(e). Accordingly, Plaintiff shall file an amended complaint that states clearly what allegations are made against Defendant Gillett and pleads specific facts supporting these allegations. This amended complaint shall be filed by the deadline provided in Rule 12(e).

The motion is GRANTED.

**IT IS SO ORDERED.**

Date: May 23, 2024            /s/ Greg Kays
                              GREG KAYS, JUDGE
                              UNITED STATES DISTRICT COURT