# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| JONETTA L. GRIEME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:23-cv-06164-DGK |
| | ) | |
| ANDREW COUNTY COURTHOUSE and | ) | |
| COURT CLERK, ANDREW COUNTY | ) | |
| SHERIFF GRANT GILLETT, ANDREW | ) | |
| COUNTY JAIL, and KYLE FISHER | ) | |
| (MISSOURI PUBLIC DEFENDER), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING PLAINTIFF'S FILINGS

This lawsuit arose from pro se Plaintiff Jonetta Grieme's imprisonment in the Andrew County Jail. Plaintiff alleged Defendants unlawfully added additional time to her sentence, damaging her in several ways, including causing the death of her cat. She also alleged she was mistreated while in custody. This lawsuit was the fifth pro se lawsuit Plaintiff had filed in the last few years making similar allegations against various county law enforcement officers, county officials, and court officers.

On February 21, 2025, the Court denied Plaintiff's motion for summary judgment and granted Defendant Gillett's motion for summary judgment, ending this case. ECF No. 101. Plaintiff did not appeal, but has continued to make various filings. On May 20, 2025, the Court issued an Order, ECF No. 123, denying a variety of motions subsequently filed by Plaintiff.

Now before the Court are a variety of additional filings made by Plaintiff. ECF Nos. 128-35. This brings Plaintiff's total number of filings made after this case was closed to

twenty-seven. Because this case is closed and Plaintiff's time to appeal has expired, to the degree any of these filings are motions, they are DENIED because they are both meritless and untimely.

Further, the Court finds that a pre-screening procedure is proper at this point due to the volume and nature of Plaintiff's filings. Accordingly, it is ORDERED that:

1. Plaintiff is placed on restricted filing status in this case;

2. Plaintiff is required to obtain leave of Court before making any further filings in this case by filing a "Motion Pursuant to Court Order Seeking Leave to File" and attaching as an exhibit the proposed motion, document, or other material she wishes to file;

3. The proposed motion, document, or other material shall not be duplicative of a prior filing and must include (a) the case caption; (b) a document title; (c) a plain statement of the requested relief; (d) the procedural authority (e.g., Federal Rules of Civil Procedure, Local Rules, Court order) for the proposed motion or document; (e) the substantive law under which the requested relief is available; and (f) the factual basis for the requested relief;

4. If the submission meets all requirements, the Court will review it and determine if the proposed motion is properly filed in this case. Any submission that does not satisfy all requirements will be returned unfiled.

5. If the Court deems the proposed motion is properly filed, it will be docketed. If the Court dockets a motion filed by Plaintiff, Defendants are not obliged to respond to it. If the Court would like any Defendant to respond to any filing, it will direct the

Defendant to do so.

**IT IS SO ORDERED.**

Date:  September 18, 2025                  /s/ Greg Kays
                                                                                      GREG KAYS, JUDGE
                                                                                      UNITED STATES DISTRICT COURT